IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 417MJ122 |
| | ) | |
| KELVIN DESANGLES | ) | |

## ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That all of the arrest warrant, criminal complaint, and supporting affidavit as to this Defendant that is currently under seal under this case number, be unsealed.

So ORDERED this 20TH day of December 2017.

HON. G.R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA